UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DANIEL SULLIVAN,**            CV # 06-1770-MA

    Plaintiff,

vs.

**MICHAEL J. ASTRUE,**         ~~PROPOSED~~ ORDER FOR EAJA FEES
**COMMISSIONER of Social Security,**

    Defendant.

    Defendant.

_____

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5871.80, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, and no costs or expenses, shall be awarded to Plaintiff; made payable to and mailed to Plaintiff's attorney.

DATED this _17_ day of March, 2008.

                                                             HON. MALCOLM F. MARSH
                                                             UNITED STATES DISTRICT JUDGE

Presented by:

/s/_____
**LINDA ZISKIN,** OSB # 01106
(503) 889-0472
Attorney for Plaintiff