IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DANIEL L. SULLIVAN

        Plaintiff,                              CV-06-1770-MA

    v.                                       ORDER AUTHORIZING
                                               406(b) FEES

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

        Defendant.

    Pursuant to 42 U.S.C. 406(b), reasonable attorney fees in the amount of $21,667.75 are awarded to plaintiff's attorney, Linda S. Ziskin, to be paid in accordance with the Second Supplemental Judgment entered herewith.

    IT IS SO ORDERED.

    DATED this __23__ day of March, 2010.

                                                   /s/ Malcolm F. Marsh
                                                     Malcolm F. Marsh
                                                     United States District Judge

1 - ORDER AUTHORIZING 406(b) FEES